JS - 6

**FILED: 3/8/2013**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Lac's International, Inc.*, | CASE NO. CV 12-2719-GHK (VBKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Ali Rahme, et. al*, | |
| Defendants. | |

Pursuant to the Court's March 8, 2013 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiff Lac's International, Inc. against Defendant Ali Rahme in the amount of $197,278.03, consisting of: (1) $155,839.98 in damages; (2) $40,988.05 in prejudgment interest;

//
//
//
//
//
//
//

1 | (3) $450.00 in costs.  Post-judgment interest shall accrue on the judgment pursuant to 28
2 | U.S.C. § 1961.[1]

3 | **IT IS SO ORDERED**.

4 | DATED: March 8, 2013

_____
GEORGE H. KING
Chief United States District Judge

---

[1] Section 1961 states that "[s]uch interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding[] the date of the judgment," to be computed daily and compounded annually.